JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒ No ☐ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | **Criminal Number:** 2:16cr 97 - 001 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

Juvenile: Yes ☐   No ☐    FBI#:

Defendant Name: **DETAUN GORDON**    Alias Name(s): "Ock"

Address: Portsmouth, VA 23701

Employment: N/A

| Birth Date: 1990 | SS#: xxx/xx/6007 | Sex: | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐   No ☒   List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ___ in: _____ .

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____  should not be appointed due to conflict of interest |

## U.S. Attorney Information:

SAUSA: John F. Butler     Telephone No. 757-441-6331     Bar #: 72788

## Complainant Agency, Address & Phone Number or Person & Title:

Drug Enforcement Administration – 200 Granby Street, Suite 435, Norfolk, VA 23510 (757) 314-2200

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Heroin | 1 | Felony |

| Defendant's Name: | DETAUN GORDON |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr 97-001 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 21 U.S.C. §§841(a)(1) and (b)(1)(C) | Distribution of a Controlled Substance | 4-6, 9-10 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Heroin | 12 | Felony |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl | 13 | Felony |
| Set 5 | 18 U.S.C. § 924(c)(1)(A) | Possession of Firearms in Furtherance of a Drug Trafficking Crime | 17 | Felony |
| Set 6 | 18 U.S.C. §§922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 18 | Felony |
| Set 7 | 21 U.S.C.§§856(a)(1) and (b) | Maintaining a Drug-Involved Premises | 19-20 | |
| Set 8 | 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒ No ☐ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16cr 97-002 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

| | | | |
|---|---|---|---|
| **Juvenile:** Yes ☐ No ☐ | **FBI#:** | | |
| **Defendant Name:** Nathaniel Powell | | **Alias Name(s)** "Nate" | |
| **Address:** Portsmouth, VA 23707 | | | |
| **Employment:** N/A | | | |
| **Birth Date:** 1983 | **SS#:** xx/xx/4640 | **Sex:**  **Race:**  **Nationality:** | **Place of Birth:** |
| **Height:** | **Weight:** | **Hair:**  **Eyes:** | **Scars/Tattoos:** |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | | |

### Location Status:

| Arrest Date: | |
|---|---|
| ☒ Already in Federal Custody as of: 6/30/2016 in: Western Tidewater Regional Jail | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| SAUSA: John F. Butler | Telephone No. 757-441-6331 | Bar #: 72788 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Drug Enforcement Administration – 200 Granby Street, Suite 435, Norfolk, VA 23510 (757) 314-2200

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Heroin | 1 | Felony |

| Defendant's Name: | NATHANIEL POWELL |
| --- | --- |
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr 97-002 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
| --- | --- | --- | --- | --- |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl | 11 | Felony |
| Set 3 | 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                U.S. District Court

| Place of Offense: | | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:16cr 97-003 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

## Defendant Information:

| Juvenile: Yes ☐ No ☐ | FBI#: | | | | |
|---|---|---|---|---|---|
| Defendant Name: Ernest Cross | | | Alias Name(s): "Pooh" | | |
| Address: Unknown | | | | | |
| Employment: N/A | | | | | |
| Birth Date: 1978 | SS#: xxx/xx/7901 | Sex: | Race: | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: ___ in: _____ . | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| SAUSA: John F. Butler | Telephone No. 757-441-6331 | Bar #: 72788 |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

Drug Enforcement Administration – 200 Granby Street, Suite 435, Norfolk, VA 23510 (757) 314-2200

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Heroin | 1 | Felony |

| Defendant's Name: | ERNEST CROSS |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr 97- 003 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 21 U.S.C. §§841(a)(1)and (b)(1)(C) | Distribution of a Controlled Substance | 7-10 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Heroin | 12 | Felony |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl | 13 | Felony |
| Set 5 | 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | | Superseding Indictment: | Criminal Number: 2:16cr 97-004 |
| County/Parish: | | Same Defendant: | New Defendant: |
| | | Magistrate Judge Case Number: | Arraignment Date: |
| | | Search Warrant Case Number: | |
| | | R 20/R 40 from District of _____. | |

## Defendant Information:

Juvenile: Yes ☐ No ☐   FBI#:
Defendant Name: Valerie Wilson    Alias Name(s): "Mary"
Address: Unknown
Employment: N/A
Birth Date: 1960   SS#: xxx/xx/3788   Sex:   Race:   Nationality:   Place of Birth:
Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: ___ in: _____ . | | |
| ☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

SAUSA: John F. Butler    Telephone No. 757-441-6331    Bar #: 72788

## Complainant Agency, Address & Phone Number or Person & Title:

Drug Enforcement Administration – 200 Granby Street, Suite 435, Norfolk, VA 23510 (757) 314-2200

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Heroin | 1 | Felony |

| Defendant's Name: | Valerie Wilson |
| --- | --- |
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr 97-004 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
| --- | --- | --- | --- | --- |
| Set 2 | 21 U.S.C. §§841(a)(1) and (b)(1)(C) | Distribution of a Controlled Substance | 2 | Felony |
| Set 3 | 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒ No ☐ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16cr 97-005 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| | | |
|---|---|---|
| **Juvenile:** Yes ☐ No ☐ | **FBI#:** | |
| **Defendant Name:** Marque Wilson | | **Alias Name(s):** "Quis" |
| **Address:** Unknown | | |
| **Employment:** N/A | | |
| **Birth Date:** 1983 | **SS#:** xxx/xx/9093 | **Sex:**    **Race:**    **Nationality:**    **Place of Birth:** |
| **Height:**    **Weight:**    **Hair:**    **Eyes:** | | **Scars/Tattoos:** |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: ___ in: _____. | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| | | |
|---|---|---|
| SAUSA: John F. Butler | Telephone No. 757-441-6331 | Bar #: 72788 |

## Complainant Agency, Address & Phone Number or Person & Title:

Drug Enforcement Administration – 200 Granby Street, Suite 435, Norfolk, VA 23510 (757) 314-2200

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Heroin | 1 | Felony |

| Defendant's Name: | MARQUE WILSON |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr 97-005 |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 2 | 21 U.S.C. §§841(a)(1) and (b)(1)(C) | Distribution of a Controlled Substance | 2 | Felony |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Heroin | 14 | Felony |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl | 15 | Felony |
| Set 5 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Crack Cocaine | 16 | |
| Set 6 | 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |