IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:16cr97-002 |
| | ) | |
| NATHANIEL POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

### THE UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, John F. Butler, Special Assistant United States Attorney, and Andrew C. Bosse and Joseph E. DePadilla, Assistant United States Attorneys, hereby respectfully moves this Honorable Court for a continuance of the sentencing hearing in the above referenced case, which is currently scheduled for February 17, 2017. In support hereof, the United States provides as follows:

1. All three prosecutors assigned to the case are scheduled to be out of state on Department of Justice business on February 17, 2017. The lead and undersigned attorney is on military orders the following week. The United States is available the week of February 27 and thereafter should this Honorable Court grant the Motion. The United States fully understands that the District Court's schedule has precedence over Department of Justice business and alternative arrangements will be made should this Motion not be granted.

2. The United States has consulted with both the Probation Officer and Defense Counsel and neither has any objection to continuing this matter.

Based on the forgoing, the United States respectfully requests this Court to grant its motion for a continuance.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY


By:           /s/
     John F. Butler
     Special Assistant United States Attorney
     Attorney for the United States
     United States Attorney's Office
     101 West Main Street, Suite 8000
     Norfolk, Virginia 23510
     Office Number:    757-441-6331
     Facsimile Number:  757-441-6689
     E-Mail Address:   john.f.butler@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18$^h$ day of January, 2017, I electronically mailed a copy of the forgoing to Probation Officer Anita Powell and filed it with the Clerk of Court using the CM/ECF system, which will send notification to defense counsel:

Lawrence H. Woodward, Jr.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6047

                                                /s/
John F. Butler
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number:     757-441-6331
Facsimile Number:  757-441-6689
E-Mail Address:    john.f.butler@usdoj.gov