# LEASE AGREEMENT
# WESTWINDS
# APARTMENT COMMUNITY        Date: January 15, 2016

THIS AGREEMENT, by and between **Westwinds Associates L .L .C.**, a Virginia Limited Liability Company, doing business as **Westwinds Apartments**, hereinafter called Landlord and **Dwanesa Brown** called Tenant(s).

NOW, THEREFORE, in consideration of the mutual covenants and conditions contained herein, Landlord and Tenant(s) agree as follows:

1. **SUMMARY OF LEASE TERMS**:
    a. **Address of Dwelling Unit:**
       **3659 Gateway Drive**
       **Apt. 1D**
       **Portsmouth, VA 23703**
    b. Term of Lease Begins on:    **01/15/2016**
    c. Length of Term is:    **Twelve Months**
    d. Lease Term Ends on:    **01/14/2017**
    e. Rent Due for Full Term: **Eleven Thousand Four Hundred Dollars 00/100 ($11,400.00)**
    f. Monthly Rent to be paid in advance on the first day of each month in which due in monthly installments **Nine Hundred Fifty Dollars 00/100 ($950.00)**, without deduction or demand at our office located at 3601 Gateway Drive, Portsmouth VA 23703..

**Lease Agreement**                                                                                                   1

## Westwinds Apartments

### RENTAL PAYMENT POLICIES

Rent is due on the first day of each month. For your convenience, rent may be paid in person; through the postal service, online at www.ripheat.com or Westwinds-apartments.com by using your checking account and routing number or by utilizing the drop slot management has provided. Beginning at midnight on the 2nd day of each month, rent is considered late.

Late rent payments are accepted by cashier's check or money order only and must include a late fee of $50. Personal checks will not be accepted for the payment of late rent. Checks returned from the bank for any reason are subject to a $50 returned check charge. Should said check be returned after the aforementioned grace period of the month, resident will also be charged the late fee of $50. Payment for returned checks will only be accepted by cashier's check or money order. Personal checks will not be accepted.

Utilities: Utilities (water) are due on the 1st of each month. A late fee of $5 will be charged on the 15th in the event your water charges are not paid in full. Should resident have two returned checks on file during a given lease term, management will accept rent payment by cashier's check or money order only for the remainder of said lease term.

All accounts not paid in full by the 12th day of each month will result in a $135 Legal fee and further collection measures by our attorneys will pursue.

**Cash is never accepted in the office for any reason.**

I have read the above addendum to my lease agreement, understand all policies outlined and agree to the contents within.

Apartment #: 3059-1D

_Juanasa E Brown_   01/16/16
**Resident Signature**   **Date**

_____
**Resident Signature**   **Date**

_JC_   1/16/16
**Management Signature**   **Date**