Nathaniel Powell
#90186-083
Butner Medium I
PO Box 1000
Butner, NC 27509

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NATHANIEL POWELL,           )
    Petitioner,             )
                            )
-versus-                    )
                            )
UNITED STATES OF AMERICA,   )
    Respondent.             )

### Affidavit

NOW COMES, Nathaniel Powell herein after "Affiant," solemnly swear and declare and states as follows:

I) Affiant is competent to state to matter set forth herein.

II) Affiant has personal knowledge of the facts stated herein.

III) All facts stated herein are true, correct and complete admissible as evidence and if called upon as witness, Affiant will testify.

1) Mr. Lawrence H. Woodward, Jr was appointed to represent me by the Courts on September 19, 2016.

2) Mr. Woodward never fully discussed all the evidence that the government had on me, Mr. Woodward never even let me listen to the recordings of statements I made to law enforcement officers after being asked several times on several times on several different occasions.

3) I express to Mr. Woodward in detail why I was not comfortable with taking a open plea for 5 years to 40 years and getting 20 years to 30 years.



4) I ask Mr. Woodward to get the lease agreement for the Gateway drive address to prove that the owner started renting in 2016.

5) Mr. Woodward advise me to take the plea and I would not get that much time.

6) I ask Mr. Woodward to do a pre PSI before I took the plea and he advise me it was not such thing.

7) The reason I pleaded guilty because Mr. Woodward explain if I took the plea I would get 50 percent tooking off of any time I was giving if I cooperated with the government, on a Rule 35.

8) I was told by the Judge on March 31, 2017 that I still had the right to appeal and if I wanted to I need to get with my attorney.

9) Mr. Woodward came to see me a few days after I was sentenced and ask me if I wanted to appeal at that time. I expressed that I was unhappy with the sentence and wish to appeal.

10) Mr. Woodward advised me by appealing my sentence I risk losing my Rule 35.

11) Mr. Woodward said that he will file the notice of appeal and ask to be withdrawn from the case.

I, Nathaniel Lee Powell Swear that this information is true and correct to the best of my knowledge and belief.

Executed this day 16 of January, 2019.

Nathaniel Lee Powell



State of North Carolina  )
                         ) ss:
County of Granville      )

This document was acknowledged before me on:

this day 16 of January, 2019.

```
AUGUSTINE GOVER
NOTARY PUBLIC
GRANVILLE COUNTY, NC
My Commission Expires 5/31/21
```

_____
Notary Public

My Commission Expires: 5/31/21


Page 3 of 3 of Affidavit

