IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NATHANIEL POWELL,

                Petitioner,

v.                                              Case No.: 2:16CR97-02

UNITED STATES OF AMERICA,

                Respondent.

## JOINT STIPULATION

Petitioner, Nathaniel Powell ("**Mr. Powell**") and the United States of America, by their respective counsel, submit the following Joint Stipulation in support of the Evidentiary Hearing held on June 8, 2021.  Accordingly, Mr. Powell and the United States of America stipulate that, if called as a witness at the hearing, Dwanesa Brown, would testify[1] as follows:

1.   That she was, until recently, the girlfriend of Mr. Powell.

2.   In 2016, she leased the apartment on Gateway Drive which is reflected in the lease filed on the docket as Document 186-1 (the "**Lease**").

3.   The Lease was not a renewal of a prior term.

4.   She spoke to Mr. Woodward about the Lease.

5.   She faxed it to Mr. Woodward's office prior to sentencing.

---

[1] As the parties indicated on the record at the June 8, 2021 evidentiary hearing, the United States does not stipulate to the truth of the facts to which Ms. Brown would testify—simply that this is what she would say.

*Powell v. USA* – Criminal No. 2:16cr97-02

The parties so stipulate on this 8th day of June, 2021.


_____/s/ Adam M. Carroll_____
Adam M. Carroll, Esquire
VSB #68017
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Phone:  757.497.6633
Facsimile: 757.687.3655
E-mail: acarroll@wolriv.com
*Attorney for the Nathaniel Powell*

_____/s/ *John F. Butler*_____
John F. Butler
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail: john.f.butler@usdoj.gov
*Counsel for the United States*
*Signature used with permission by*
*Email dated June 8, 2021 at 4:56 p.m.*


*Powell v. USA* – Criminal No. 2:16cr97-02

Page 2 of 2