IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NATHANIEL POWELL,

      Petitioner,

v.                                    Case No.: 2:16CR97-02

UNITED STATES OF AMERICA,

      Respondent.

## NOTICE OF APPEAL

Notice is hereby given that, Nathaniel Powell, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 24th day of June, 2021. This notice of appeal is submitted, despite the Court's final order not issuing or denying a Certificate of Appealability pursuant to Rule 11(a) of the Rules Governing Proceedings under 28 U.S.C. § 2255. Mr. Powell has submitted a motion to determine appealability and, if a certificate is denied, he will seek a certificate from the Fourth Circuit pursuant to Rule 22 of the Federal Rules of Appellate Procedure.

                                              Respectfully submitted,
                                              **NATHANIEL POWELL**

By:          /s/  *Adam M. Carroll*
               Adam M. Carroll, Esquire
               VSB #68017
               WOLCOTT RIVERS GATES
               200 Bendix Road, Suite 300
               Virginia Beach, VA 23452
               Phone:  757.497.6633
               Facsimile: 757.687.3655
               E-mail: acarroll@wolriv.com
               *Attorney for the Nathaniel Powell*

*Powell v. USA* – Criminal No. 2:16cr97-02

## **CERTIFICATE OF SERVICE**

      I hereby certify on the 28th day of June, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record including the following:

John F. Butler
Andrew C. Bosse
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail: john.f.butler@usdoj.gov andrew.bosse@usdoj.gov

                                                /s/  *Adam M. Carroll*