# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO                                           MARK S. DAVIS
CLERK OF COURT                                              CHIEF JUDGE

December 20, 2022

Nathaniel Powell #90186-083
FCI Butner Medium I
PO Box 1000
Butner, NC 27509

                                             RE:    USA v Gordon et al
                                                                     2:16cr97

Dear Mr. Powell:

In response to a letter received on December 19, 2022, a courtesy copy of your docket sheet is enclosed. The Clerk's Office provides one copy of the docket sheet to a defendant free of charge. Your motion for reduction in sentence was filed on November 14, 2022.

Please be sure to sign and date all correspondence with this office, and please include your case number on future correspondence.

                                                    Sincerely,

                                                    /s/
                                                    Fernando Galindo, Clerk
                                                    By: Deputy Clerk